# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NISHA, LLC**                                                                                     **PLAINTIFF**

v.                                      No. 4:24-cv-791-DPM

**AUTO-OWNERS INSURANCE
COMPANY; OWNERS INSURANCE
COMPANY**                                                                                      **DEFENDANTS**

## ORDER

Amended complaint, *Doc. 13*, noted. Fed. R. Civ. P. 15(a)(1)(B). Auto-Owners's motion to dismiss, *Doc. 7*, is denied without prejudice as moot. *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002). The defendants' amended answers or Rule 12(b) motions are due by 5 November 2024. Fed. R. Civ. P. 15(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2024