## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

NISHA LLC                                                          PLAINTIFF

v.                              No. 4:24-cv-791-DPM

AUTO-OWNERS INSURANCE
COMPANY and OWNERS INSURANCE
COMPANY                                                          DEFENDANTS

### JUDGMENT

Nisha's claims against Auto-Owners Insurance Company are dismissed without prejudice. *Doc. 22.* Its claims against Owners Insurance Company are dismissed with prejudice. The Court retains jurisdiction until 13 July 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_12 May 2026_